DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
BUNCE, DAVID C, JR and
BUNCE, CHARLOTTE

Case No. 03-02711-PCW13

Debtors

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $99.92, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| BUNCE, DAVID C, JR and BUNCE, CHARLOTTE | 1512 W 2ND AVE KENNEWICK, WA 99336 | $99.92 |

Dated: August 12, 2010

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

*[handwritten: Receipt #874875    8-20-10    $99.92]*